# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGINIA BORHI,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-3081 |
| | : | |
| **TSAROUHIS LAW GROUP, LLC,** | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this 13TH day of November, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 42), Plaintiff's response in opposition, thereto (ECF No. 47) and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge